# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| WASHINGTON D.C. SEATTLE, MANUFACTURING INC. and JAYDEEN CATHERINE DELA CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF LABOR, DEPARTMENT OF EDUCATION, DEPARTMENT OF ADMINISTRATION, and DEPARTMENT OF PARKS AND RECREATION,<br><br>Defendants. | CIVIL CASE NO. 20-00035<br><br>**ORDER** |

Before the court is the U.S. Magistrate Judge's Report and Recommendation to Deny Application to Proceed without Prepaying Fees or Costs (ECF No. 2) and to Dismiss Complaint. *See* ECF No. 3. For the reasons stated herein, the court hereby **ADOPTS** the Report and Recommendation. The Application to Proceed without Prepayment of Fees, ECF No. 2, is **DENIED**. The above-captioned matter is hereby **DISMISSED WITH PREJUDICE**.

Plaintiffs Washington D.C. Seattle, Manufacturing Inc. and Jaydeen Catherine Dela Cruz filed a Complaint on October 29, 2020 against Defendants Department of Labor, Department of Education, Department of Administration, and Department of Parks and Recreation. *See* Compl.,

1

ECF No. 1. Plaintiffs allege diversity of citizenship. *Id.* at 3.

The U.S. Magistrate Judge recommends the dismissal of the case for the following reasons. First, Washington D.C. Seattle Manufacturing, Inc. is a corporate plaintiff, and corporations must appear in court through an attorney. R. & R. at 3, ECF No. 3. Ms. Dela Cruz is not a licensed attorney. *Id.* Second, the Complaint's basis for this court's jurisdiction is diversity of citizenship. Yet, all named defendants are Government of Guam agencies or instrumentalities. *Id.* Third, Ms. Dela Cruz's statement of claim, "Bad customer services; poor reputation no polilitical [*sic*] affairs, no Direction to owner of property[,]"has nothing to do with federal question. *Id.* The U.S. Magistrate Judge also found that granting leave to amend would be futile. *Id.* at 4.

In response to the Report and Recommendation, instead of properly filing an Objection, Plaintiffs filed an amended complaint. *See* Am. Compl., ECF No. 4. The fact remains, however, that there is no diversity jurisdiction here. The court has diversity jurisdiction over cases where the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and is an action between citizens of different states. Although the requested relief is "$980 hundred zillion thousand dollars" (Am. Compl. at 5, ECF No. 4), Ms. Dela Cruz and all named defendants are citizens of Guam.[1] *See* §§ I.A. and I.B. of Am. Compl., ECF No. 4.

Further, the allegations in the "Statement of Claim," which appear mostly unintelligible, are as follows:

> about 1 year ago applied for unemployment services from PUA unemployment/Department of labor did not pay for unemployment services Beginning January 1, 2019 thur December 01, 2020 was supposed to pay-out a relief of Pandemic COVID-19 to retro days back pay. $945 per week for 39 weeks and violated my civil rights dismative.

§ III of Am. Compl., ECF No. 4. The allegations are so deficit that the court cannot discern what

---

[1] All named defendants are Government of Guam agencies or instrumentalities.

each defendant did and how such actions form the basis for a federal question jurisdiction.

Accordingly, based on the foregoing, the Application to Proceed without Prepayment of Fees, ECF No. 2, is **DENIED**. The above-captioned matter is hereby **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Jan 29, 2021**